IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

MAY 5 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

LEE ANN ELKINS )
        Plaintiff(s), )
)
vs. ) Case No. 6:09-cv-00143-RAW-KEW
)
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security )
        Defendant(s). )

## NOTICE OF A MAGISTRATE JUDGE'S AVAILABILITY

In accordance with 28 U.S.C. Section 636(c), Fed. R. Civ. P. 73 and Local Civil Rule 73.1, the Court gives notice that a United States Magistrate Judge of this district court is available to conduct all proceedings in this civil action (including a jury or non-jury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. <u>A magistrate judge may exercise this authority only if all parties voluntarily consent</u>. The parties may consent to have their case referred to a magistrate judge or may withhold their consent without adverse substantive consequences.

## CONSENT TO A MAGISTRATE JUDGE'S AUTHORITY

The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment and all post-trial proceedings.

| Party Represented | Signature of Attorney | Date |
|---|---|---|
| Plaintiff | s/ Davis Duty | 5-1-09 |
| Defendant | s/ Cheryl R. Triplett | 5-1-09 |

## ORDER OF REFERENCE TO A MAGISTRATE JUDGE

[X] IT IS HEREBY ORDERED that the consent of the parties to proceed before a United States Magistrate Judge is GRANTED. The above-captioned case is hereby referred to United States Magistrate Judge **KIMBERLY E. WEST** to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73, and pursuant to the consent of the parties.

[ ] IT IS HEREBY ORDERED that the consent of the parties to proceed before a United States Magistrate Judge is DENIED.

May 5, 2009
DATE

Ronald A. White
UNITED STATES DISTRICT JUDGE